IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

**CHEYENNE SAYRE RUIZ,**

**BRINN THOMAS RUIZ,**

Plaintiffs,

v.

**KIA AMERICA, INC.,**

Defendant.

Please Serve:
C T Corporation System
4701 Cox Road, Suite 285
Glen Allen, Virginia 23060

Civil Action No.:

---

## COMPLAINT

Now into Court, through undersigned counsel, comes the Plaintiffs, Cheyenne Sayre Ruiz and Brinn Thomas Ruiz and move the Court for judgment against Defendant Kia America, Inc. on the basis of the following facts and laws:

## JURISDICTION

1. This Honorable Court has Federal Question Jurisdiction of this civil action pursuant to 28 U.S. Code §1331. The Plaintiff asserts a claim pursuant to the Magnuson-Moss Warranty Act, 15 U.S. Code §§2301-2312. The amount in controversy exceeds $50,000.00.

2. This Honorable Court has Diversity Jurisdiction of this civil action pursuant to 28 U.S. Code §1332, Plaintiffs are citizens of Avon, Indiana and Defendant Kia of

America, Inc. is a corporation organized under the laws of California with a principal place of business in Irvine, California. The amount in controversy exceeds $75,000.00.

## VENUE

3. Venue in this Honorable Court is proper pursuant to 28 U.S. Code §1391 as this Judicial District is where a substantial part of the events and/or omissions giving rise to the claim occurred. Venue in the Newport News Division is proper pursuant to Local Civil Rule 3 because this is where a substantial part of the events and/or omissions giving rise to the claims occurred.

## FACTS

4. On March 25, 2023, the Plaintiffs purchased a 2023 Kia Sorrento VIN: 5XYRKDLF0PG191285 for a total purchase price of $63,656.08 from Midtown Motor Cars in Newport News, Virginia. Midtown Motor Cars is an authorized dealer of Defendant Kia America, Inc. for sales and warranty service repair.
5. The Subject Vehicle was manufactured and/or distributed by the Defendant Kia America, Inc.
6. The Subject Vehicle came with a 3-year/36,000-mile warranty.
7. On August 18, 2025, Plaintiffs took the vehicle to Casey Kia, located in Newport News, Virginia for warranty repair. Plaintiffs reported that the *“Check Engine”* light was flashing and the vehicle was having difficulty shifting and accelerating. All repair attempts were unsuccessful. Plaintiffs picked up the vehicle the same day.

8. On August 27, 2025, Plaintiffs returned the vehicle to Casey Kia for warranty repair. Plaintiffs again reported that the *"Check Engine"* light was flashing and the vehicle was having difficulty shifting and accelerating. All repair attempts were successful. Plaintiffs picked up the vehicle the same day.

9. On November 11, 2025, Plaintiffs returned the vehicle to Koons Tysons Chevy GMC for warranty repair. Plaintiffs again reported *"Check Engine"* light was flashing and the vehicle was having difficulty shifting and accelerating. All repair attempts were successful. Plaintiffs picked up the vehicle on November 13, 2025.

10. On November 17, 2025, Plaintiffs returned the vehicle to Koons Tysons Chevy GMC for warranty repair. Plaintiffs again reported *"Check Engine"* light was flashing and the vehicle was having difficulty shifting and accelerating. The vehicle's transmission was replaced. Plaintiffs picked up the vehicle on November 18, 2025.

11. On December 15, 2025, Plaintiffs took the vehicle to Andy Mohr Kia, located in Avon, Indiana for warranty repair. Plaintiffs again reported that the *"Check Engine"* light was flashing and the vehicle was having difficulty shifting and accelerating. The vehicle's transmission assembly was replaced. Plaintiffs picked up the vehicle on December 22, 2025.

12. On January 2, 2026, Plaintiffs returned the vehicle to Andy Mohr Kia for warranty repair. Plaintiffs again reported *"Check Engine"* light was flashing and the vehicle was having difficulty shifting and accelerating. Plaintiffs picked up the vehicle the same day.

13. As of the filing of this lawsuit, the Plaintiff's vehicle has been out of service six times for the same defect, and the defect still exists.

**COUNT ONE**

**MAGNUSON-MOSS WARRANTY ACT**

14. The facts alleged in Paragraphs 1-12 are incorporated herein by reference.

15. The Plaintiff is a consumer as defined in 15 U.S. Code §2301(3). Defendant is a supplier and warrantor as defined in 15 U.S. Code §2301(1).

16. The vehicle was manufactured after July 4, 1975, and an express Limited Warranty and an implied Warranty of Merchantability were given to the Plaintiff as a part of the purchase as those warranties met the definition of written warranty and implied warranty as contained in 15 U. S. Code §2301 (6)(7), respectively.

17. The Limited Warranty has failed its essential purpose, and the Defendant has violated the Act due to its inability to repair or replace the nonconformities within a reasonable time and has refused to provide the Plaintiff with a refund as required in 15 U.S. Code §2304(a)(1) and (4).

18. Defendant has also breached its implied Warranty of Merchantability since the vehicle, in view of the nonconformity that exists and the Defendant's inability to correct them, is not fit for its ordinary purpose for which the vehicle is being used. 15 U.S. Code §2308, 2310(d).

WHEREFORE, Plaintiffs Cheyenne Sayre and Brinn Thomas Ruiz move the Court for judgement against Defendant Kia America, Inc. in the amount of $63,656.08 as well as all incidental costs, compensation in the amount of $20,000.00 for

inconvenience and loss of use, interest payments, reasonable attorney fees in the amount of $750.00 per hour, or one-third of the amount recovered, whichever of the two is greater, expert witness fees, pre-judgement interest running from the date of the first repair attempt, post-judgement interest, court costs, and all other damages, equity and/or law may seem meet.

**TRIAL BY JURY IS DEMANDED.**

Respectfully Submitted,

**CHEYENNE SAYRE RUIZ,**

**BRINN THOMAS RUIZ,**

By: /s/ James B. Feinman, Esq

Of counsel

James B. Feinman, Esq., (VSB # 28125)
James B. Feinman, Attorney at Law
P.O. Box 697
Lynchburg, VA 24505
(434) 846-7603 - phone
(434) 846-0158 - fax
jb@jfeinman.com
*Counsel for Plaintiff*